UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **EDCV 17-551-MWF(AFMx)**                    Dated: **June 12, 2017**

Title:      United States -*v*- Adriana M. Ronquillo

---

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
|---|---|
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                             None Present

PROCEEDINGS (IN CHAMBERS):     ORDER TO SHOW CAUSE RE DEFAULT
                               JUDGMENT

        In light of the Default By Clerk entered on June 9, 2017, the Court sets a hearing for Order To Show Cause Re Default Judgment for **July 10, 2017 at 11:30 a.m.**  *If a Motion for Default Judgment is filed prior to this hearing, the hearing on the Order To Show Cause will be discharged*, and no appearance will be necessary.


        IT IS SO ORDERED.